# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GERARDO SERRANO (1),<br><br>　　　　　　Defendant. | Criminal Case No. 02CR1486-H<br><br>JUDGMENT AND<br>ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Gerardo Serrano is **dismissed with prejudice**. The defendant is hereby discharged and the arrest warrant issued by the Honorable Irma E. Gonzalez on February 25, 2009 is hereby recalled.

IT IS SO ORDERED AND ADJUDGED.

Dated: March 19, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE